# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES W. FOWLER CO., an Oregon company,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:18-cv-01133-MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT |

THIS MATTER having come before the Court upon Plaintiff's Motion to Extend Deadlines for FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report, and the Court having reviewed the Motion, and any subsequent papers, the Court finds that good cause exists to extend the deadlines as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 12/5/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/12/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) And Local Civil Rule 26(f): | 12/28/2018 |

ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND DEADLINES FOR FRCP 26(f) CONFERENCE,
INITIAL DISCLOSURES AND JOINT STATUS REPORT - 1
Case No.: 2:18-cv-01133-MJP

All other provisions of the Courts September 6, 2018 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement are unchanged and remain in effect.

DATED: The 8th day of November, 2018.

                                                                  _____
                                                                  Marsha J. Pechman
                                                                  United States District Judge

Presented By:

HELSELL FETTERMAN LLP

By: /s/ Shawn Q. Butler
Andrew J. Kinstler, WSBA No. 12703
Shawn Butler, WSBA No. 45731
1001 Fourth Avenue, Suite 4200
Seattle, Washington 98154
Tel.: (206) 292-1144
Fax: (206) 340-0902
Email: akinstler@helsell.com
           sbutler@helsell.com
*Attorneys for Plaintiff James W. Fowler Co.*