The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES W. FOWLER CO., an Oregon company,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona insurance company,<br><br>Defendant. | NO. 2:18-cv-01133-MJP<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING: (1) DATE FOR DEFENDANT TO RESPOND TO COMPLAINT AND (2) CERTAIN REVISED CASE DATES** |

The parties hereto, Plaintiff James W. Fowler Co. and Defendant Ironshore Specialty Insurance Company, have stipulated as follows:

1. Plaintiff filed its Complaint on August 3, 2018.

2. The Court previously continued certain initial case dates. At present, the following dates are in effect: FRCP 26(f) Conference deadline – December 5, 2018; Initial Disclosure Deadline – December 12, 2018; and Joint Status Report – December 28, 2018. *See* Dkt. 9.

3. The Summons and Complaint were served on Defendant on October 26, 2018 and Defendant appeared in this action on November 16, 2018.

4. In accordance with FRCP 12, the date for Defendant to respond to the Complaint is November 16, 2018.

5. Subject to the Court's approval, the parties seek to revise the currently applicable dates as follows:

(a) the date for Defendant to respond to the Complaint shall be extended two weeks, to November 30, 2018; and

(b) the currently scheduled deadlines shall be extended accordingly as follows: (i) FRCP 26(f) Conference deadline – December 19, 2018; (ii) Initial Disclosure Deadline – December 26, 2018; and (iii) Joint Status Report – January 11, 2019.

*****

In accordance with the foregoing stipulation, it is so **ORDERED.**

DATED: November 19, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge