**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JAMES W. FOWLER CO., an Oregon company,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:18-cv-01133-MJP<br><br>STIPULATED MOTION FOR DISMISSAL AND ORDER OF DISMISSAL |

ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff James W. Fowler Co. and Defendant Ironshore Specialty Insurance Company to dismiss all claims against Defendant with prejudice and without costs and/or attorney fees to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED that all claims against Defendant are hereby dismissed with prejudice and

ORDER OF DISMISSAL - 1
(No. 2:18-cv-01133-MJP)

without costs and/or attorney fees to any party. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement in this matter.

IT IS SO ORDERED BY THE COURT.

DATED this 20th day of May, 2019

Marsha J. Pechman
United States District Judge